(February 14, 1990)

■ In the Matter of ROLF O. RONNING, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS OF THIRD JUDICIAL DEPARTMENT, Petitioner.—Per Curiam.

Motion granted, and respondent's name stricken from the roll of attorneys and counselors-at-law in the State of New York, effective immediately. Order entered. Mahoney, P. J., Kane, Casey, Weiss and Mikoll, JJ., concur.